IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL DON GREENE                                                                PLAINTIFF

v.                                                   Civil No. 08-2048

KIMBERLY BEAUMONT,
KEVIN, BEAUMONT,
UNKNOWN RESPONDENTS                                                         DEFENDANTS

### ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 28 U.S.C. § 1332(a)(1), along with an in forma pauperis application. We find the complaint should be filed in forma pauperis, subject to a later determination of whether service of process should issue on defendants. The United States District Clerk is hereby directed to file the complaint and in forma pauperis application and collect the filing fee of $350.00.

IT IS SO ORDERED this 19th day of May 2008.

/s/ J. Marschewski

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 20 2008

CHRIS R. JOHNSON, CLERK

BY
       DEPUTY CLERK

AO72A
(Rev. 8/82)