**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**MICHAEL DON GREENE**                                                              PLAINTIFF

**v.**        Case No.: 08-2048

**KIMBERLY BEAUMONT and**
**KEVIN BEAUMONT**                                                                   DEFENDANTS

<u>ORDER</u>

Before the Court are Plaintiff's Motion to Take Judicial Notice of Facts (Doc. 16) and Defendants' Response (Doc. 18). Plaintiff requests the Court to take judicial notice of certain facts and to join Thomas Scheer and J&S as defendants. Defendants object to the Court taking judicial notice of the asserted facts but does not object to Plaintiff's request to join additional parties.  The Court, being well and sufficiently advised, finds the motion should be GRANTED IN PART AND DENIED IN PART.  The motion is denied as to Plaintiff's request for the Court to take judicial notice of certain facts.  The motion is granted as to Plaintiff's request to join additional parties.  Plaintiff shall have twenty (20) days to file an amended complaint adding Thomas Scheer and J&S as defendants.

IT IS SO ORDERED this 19th day of December, 2008.

<u>/s/ Robert T. Dawson</u>
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)