IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL DON GREEN                                                                                   PLAINTIFF

V.                                      NO.  2:08-CV-02048-RTD

KIMBERLEY BEAUMONT, and
KEVIN BEAUMONT                                                                                     DEFENDANT

O R D E R

Before the court is the Plaintiff's Motion for Service (Doc. 23) filed January 15, 2009. The court having previously granted the Plaintiff's Motion to join Thomas Scheer and Jarai & Scheer Corporation to the pending lawsuit (Doc. 19) the Motion for Service is GRANTED.

The Court, having heretofore allowed the plaintiff to proceed *in forma pauperis*, hereby directs the United States Marshal to serve the defendants.  Defendant Thomas Scheer may be served with process at 444 East 82nd Street, Apartment 14 F, New York, NY 10028-5913.  The Defendant Jarai & Scheer Corporation may be served by serving the Registered Agent Sidney Rosen, 305 Broadway, New York, NY  10028-5913.

Defendants are ordered to answer within twenty (20) days from the date of service.

IT IS SO ORDERED this January 20, 2009.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE