IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL DON GREEN     PLAINTIFF

V.     NO. 2:08-CV-02048-RTD

KIMBERLY BEAUMONT and
KEVIN BEAUMONT     DEFENDANT

O R D E R

Before the court is the Plaintiff's Second Motion to Compel as to Kevin Beaumont (Doc. 79) and Second Motion to Compel as to Kimberly Beaumont (Doc. 80) fled August 17, 2009. The Defendants have filed a Response (Doc. 82) on August 17, 2009 contending that they have responded to the discovery request by the Plaintiff.

The Plaintiff's Motions are DENIED as MOOT at this time.

Should the Plaintiff be dissatisfied with the Defendants responses he should file another Motion to Compel with the court stating the specific responses that are inadequate.

IT IS SO ORDERED this August 19, 2009.

           /s/ *J. Marschewski*
           HONORABLE JAMES R. MARSCHEWSKI
           UNITED STATES DISTRICT JUDGE