**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**MICHAEL DON GREENE**                                                    **PLAINTIFF**

**v.**              **Case No.: 08-2048**

**KIMBERLY BEAUMONT,**
**KEVIN BEAUMONT,**
**THOMAS SCHEER,**
**JARAI & SCHEER CORP.,**
**And UNKNOWN RESPONDENTS**                                         **DEFENDANTS**

### ORDER

Before the Court are Plaintiff's Motion to Continue (Doc. 96) and Motion to Continue Scheduling Order (Doc. 106). Separate Defendants Kimberly and Kevin Beaumont object to the Motions stating that Plaintiff gives no just reason for the requested delay (Doc. 105).

The Court, being well and sufficiently advised, finds that the Motions (Docs. 96, 106) should be GRANTED. Accordingly, this matter is removed from the February 1, 2010 docket and reset for a bench trial during the week of **October 11, 2010.** The discovery deadline is extended to **July 12, 2010,** and the dispositive motion deadline is extended to **August 12, 2010.** Plaintiff is granted an extension through **February 9, 2010** to respond to the currently pending motions for summary judgment. Further, the Beaumonts' Contingent Motion for Sanctions (Doc. 103) is DENIED AS MOOT without prejudice to their right to renew it at a later date. Finally, the order (Doc. 93) rendered by the undersigned on

**AO72A**
**(Rev. 8/82)**

November 30, 2009, ordering the issuance of a writ of habeas corpus *ad testificandum* requiring the production of the body of Michael Don Greene, before this court on February 1, 2010 at 9:00 a.m. is hereby set aside and held for naught.

IT IS SO ORDERED THIS 14th DAY OF December, 2009.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge