IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MICHAEL DON GREENE**                                                                 **PLAINTIFF**

    **v.**        **Case No.: 08-2048**

**KIMBERLY BEAUMONT, KEVIN
BEAUMONT, JARAI & SCHEER
CORPORATION and THOMAS SCHEER**                                       **DEFENDANTS**

### O R D E R

Currently before the court is Separate Defendant Kevin Beaumont's Notice of Bankruptcy (Doc. 134).  Kevin Beaumont filed a Chapter 13 bankruptcy petition in the U.S. Bankruptcy Court for the Western District of Arkansas on February 22, 2010. (2:10bk70828).  This action is therefore subject to an automatic stay against Separate Defendant Kevin Beaumont under 11 U.S.C. § 362 pending the outcome of the bankruptcy proceeding.  Mr. Beaumont is directed to advise the Court immediately upon conclusion of the bankruptcy proceeding.  The case will proceed against Separate Defendants Kimberly Beaumont, Jarai & Scheer Corporation and Thomas Scheer and remains set for a bench trial during the week of October 12, 2010.

IT IS SO ORDERED this 15th day of March 2010.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge