IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL DON GREENE                                                                   PLAINTIFF

       v.                                 Civil No. 08-2048

KIMBERLY BEAUMONT,
KEVIN BEAUMONT,
THOMAS SCHEER,
and JARAI & SCHEER CORP.                                                             DEFENDANT

## **ORDER**

      Presently before this Court is Defense Counsel's Motion to Withdraw and to Cancel the hearing presently scheduled for May 7, 2010, at 9:00 a.m.  Brian Meadors, counsel of record for both Defendants seeks to withdraw as counsel, stating that Kevin Beaumont has filed for bankruptcy and is no longer involved in the case and Kimberley Beaumont has not fulfilled her contractual obligations to counsel.  (Doc. 149).  Accordingly, counsel's Motion to Withdraw is hereby GRANTED and Brian Meadors shall be allowed to withdraw as counsel for both Defendants.

      As this case is presently set for a hearing on May 7, 2010, at 9:00 a.m. regarding Plaintiff's Motion to Remove Defense Counsel, said hearing is hereby CANCELLED and Plaintiff's Motion is DENIED as MOOT.  (Doc. 117).

      Counsel has notified the Court that Kimberley Beaumont can be reached at 2604 North Hills Boulevard, Van Buren, AR 72956.  Her email address is also as follows:  shipwrock@yahoo.com.  The Court Clerk is hereby directed to add this contact information to the docket sheet so that Ms. Beaumont can receive further notices concerning this case.

IT IS SO ORDERED this the 20th day of April 2010.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE