IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL DON GREENE                                                              PLAINTIFF

V.                                      NO.  2:08-CV-2048

KIMBERLY BEAUMONT,
KEVIN BEAUMONT,
THOMAS SCHEER, and
JARAI & SCHEER CORP.                                                          DEFENDANTS

O R D E R

Before the court is the Plaintiff's Motion to Dismiss Defendants Thomas Scheer, individually, Jarai & Scheer Corporation, and Thomas Scheer, President of Jarai & Scheer Corporation with prejudice (Doc. 160) filed June 1, 2010.

The Plaintiff has pleaded that he has resolved all claims against the above named and proposed defendants and desires to dismiss the case against the named defendants with prejudice.

For the reasons stated the Motion to Dismiss Defendants Thomas Scheer, individually, Jarai & Scheer Corporation, and Thomas Scheer, President of Jarai & Scheer Corporation with prejudice is **GRANTED.**

IT IS SO ORDERED this June 10, 2010.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE