**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**MICHAEL DON GREENE**                                                                  **PLAINTIFF**

    **v.**          **Case No.: 08-2048**

**KIMBERLY BEAUMONT and**
**KEVIN BEAUMONT**                                                                       **DEFENDANTS**

O R D E R

On this 9th day of July 2010, there comes on for consideration the report and recommendation filed in this case on June 16, 2010 (doc. 166) by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. The parties did not file timely, written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation (doc. 166) is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Leave to file an Amended Complaint (doc. 157) is GRANTED IN PART AND DENIED IN PART.

The Motion is GRANTED as to the proposed defendants Kimberly Beaumont, Individually; Kimberly Beaumont d/d/a Southwinds, Kimberly Beaumont, Director Tropic Waters LTD; Kimberly Beaumont, Director Garrison Society; Kimberly Beaumont, Director Fixit Limited, Kimberly Beaumont d/b/a Chandler Holdings; Kimberly Beaumont member Shiprock International. The

Motion is further GRANTED as to the proposed defendants Tropic Waters, LTD; THE Garrison Society; Fixit Limited; Chandler Holdings and Shiprock (Sic) International, LLC.  The Motion is also GRANTED as to the proposed defendants Eugene Kock, Individually; Eugene Kick, President Traweco Sprl and Traweco Sprl.

The Motion is DENIED as to the proposed defendants Ronald V. Markham, Individually; Ronald V. Markham, President American Gold Mining Corp.; J. Edward Hastings, Individually; J. Edward Hastings, Director American Gold Mining Corp.; and American Gold Mining Corp.  The Motion is further DENIED as to the proposed defendants Nelson Bayford, Individually; Nelson Bayford, Director Omnicorp Bank, Inc.; Nelson Bayford, Director Omnicorp Financial Group; Daniel Frey, Individually; Daniel Frey, Director Omnicorp Bank Inc.; Daniel Frey, Director Omnicorp Financial Group; Omnicorp Bank, Inc. and Omnicorp Financial Group.  The Motion is also DENIED as to the proposed defendants Richard Brodzik, Individually; Richard Brodzik, President African Mining Corporation and the African Mining Corp.

Plaintiff is directed to file his amended complaint as permitted by this order by July 23, 2010.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge