```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

**MICHAEL DON GREENE**                                           **PLAINTIFF**

    **v.**             **Case No.: 08-2048**

**KIMBERLY BEAUMONT, et al**                                    **DEFENDANTS**

O R D E R

On this 19th day of October 2010, there comes on for consideration the report and recommendation filed in this case on September 10, 2010 (doc. 175) by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. The parties did not file timely, written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation (doc. 175) is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Partial Summary Judgment (doc. 171) is DENIED.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge

**AO72A**
**(Rev. 8/82)**