**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**MICHAEL DON GREENE**                                                                                **PLAINTIFF**

    **v.**            **Case No.: 08-2048**

**KIMBERLY BEAUMONT, et al.**                                                                 **DEFENDANTS**

## O R D E R

Currently before the Court is Plaintiff's motion to voluntarily dismiss his claims against Defendants Euguene Kock and Traweco S.P.R.L (doc. 200). Upon due consideration, the motion is GRANTED and Plaintiff's claims against these defendants are dismissed without prejudice.

IT IS SO ORDERED this 4th day of January 2011.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge