```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**MICHAEL DON GREENE**                                                    PLAINTIFF

      v.            Case No.: 08-2048

**KIMBERLY BEAUMONT, Individually
and as Director Tropic Waters Ltd.;
Director, The Garrison Society;
Director, Fixit Limited, Member,
Shipwrock International; d/b/a
Southwinds; d/b/a Chandler Holdings;
KEVIN DAVID BEAUMONT, SOUTHWINDS,
TROPIC WATERS LTD, THE GARRISON
SOCIETY, FIXIT LIMITED, CHANDLER
HOLDINGS, SHIPWROCK INTERNATIONAL,
LLC**                                                                DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE, and Plaintiff's motions for default judgment (docs. 184, 194-98, 202, 204-08) are DENIED. The parties are to bear their own costs and fees. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 21st day of March, 2011.

                                              */s/ Robert T. Dawson*
                                              Honorable Robert T. Dawson
                                              United States District Judge